IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUBEN ALEXANDER GOMEZ, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:22-cv-01357-E (BT) |
| | § | |
| JOHNSON COUNTY, et al., | § | *Consolidated with:* |
| Defendants. | § | 3:22-cv-01649-E (BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's claims will be **DISMISSED**.

SIGNED this 27th day of November, 2023

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE